NUMBER 13-06-317-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________


ZACHARY ASHTON WILLIAMS, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 428th District Court 


of Hays County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Garza


Memorandum Opinion Per Curiam



 Appellant, ZACHARY ASHTON WILLIAMS, perfected an appeal from a judgment
entered by the 428th District Court of Hays County, Texas, in cause number CR-05-388. On February 22, 2007, this cause was abated, and the trial court was
directed to conduct a hearing in accordance with Tex. R. App. P. 38.8(b)(2). The trial
court's findings and recommendations were received on July 2, 2007. The trial court
found that the appellant does not wish to prosecute his appeal.

 The Court, having considered the documents on file and the trial court's findings
and recommendations, is of the opinion that the appeal should be dismissed. The
appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 2nd day of August, 2007.